556 A.2d 835

**Bernard J. GOODHEART, Nelson A. Diaz, Joseph T. Labrum, Alexander Endy, David B. Smith and Thomas D. Watkins, and the Pennsylvania Conference of State Trial Judges, Appellants,**

v.

**The Honorable Robert P. CASEY, in his capacity as Governor of the Commonwealth of Pennsylvania, et al.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1989.

Decided March 31, 1989.*

Henry T. Reath, David K. Wanger, Philadelphia, for appellants.

Martin Kaufman, General Counsel, for amicus—The Pa. Economy League & The Comm. Foundation.

Susan J. Forney, John G. Knorr, III, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.

* This decision was considered and rendered prior to March 7, 1989.